**VENABLE LLP**
Witt W. Chang (State Bar No. 281721)
wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Katherine Wright Morrone (*admitted pro hac vice*)
kwmorrone@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendant
TAYLOR SWIFT PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD UMAIR NABEEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR SWIFT PRODUCTIONS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-10614 HDV (PVCx)<br>Hon. Hernan D. Vera<br><br>**NOTICE OF WITHDRAWAL OF DOCKET NO. 29, REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:　Thursday, April 25, 2024<br>Time:　10:00 a.m.<br>Ctrtm:　5B<br><br>Action Filed:　Nov. 1, 2023<br>Action Removed:　Dec. 21, 2023<br>Trial Date:　None Set |

**PLEASE TAKE NOTICE THAT** Defendant Taylor Swift Productions, Inc. hereby withdraws *Dkt.* 29, which was inadvertently filed. *Dkt.* 30 is the corrected version of Defendant's Reply Memorandum of Points and Authorities in Support of Its Motion to Dismiss.

Dated: April 5, 2024

VENABLE LLP

By: */s/ Witt W. Chang*
    Witt W. Chang
    Katherine Wright Morrone

Attorneys for Defendant
TAYLOR SWIFT PRODUCTIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I caused Defendant Taylor Swift Production, Inc.'s **NOTICE OF WITHDRAWAL OF DOCKET NO. 29, REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** to be served via first-class U.S. mail, postage pre-paid, to the following:

Muhammad Umair Nabeel

1317 Edgewater Drive, #899

Orlando, FL 32804

Omairnabeel2023@gmail.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 5, 2024, in Los Angeles, California.

_Kenneth Westcott_

Kenneth Westcott